UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MELISSA KOBUS,            )
                          )
            Plaintiff,    )
                          )
    v.                    )       **JUDGMENT**
                          )
KILOLO KIJAKAZI,          )       5:22-CV-372-BO-RN
Acting Commissioner of Social Security, )
                          )
            Defendant.    )
                          )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion is GRANTED.

**This judgment filed and entered on August 22, 2023, and served on:**
Scott Scurfield (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)

August 22, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk